# United States Navy-Marine Corps Court of Criminal Appeals

_____

**UNITED STATES**
Appellee

**v.**

**Patrick C. DELANNEY**
Hospital Corpsman Petty Officer Third Class (E-4), U.S. Navy
Appellant

**No. 201800318**

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Decided: 17 April 2019.

Military Judge:
Commander Shane E. Johnson, JAGC, USN.

Sentence adjudged 12 July 2018 by a general court-martial convened
at Joint Base Pearl Harbor-Hickam, Hawaii, consisting of a military
judge sitting alone. Sentence approved by convening authority: reduc-
tion to E-1, confinement for 12 years, and a dishonorable discharge.

For Appellant:
_Captain Bree A. Ermentrout, JAGC, USN._

For Appellee:
_Brian K. Keller, Esq._

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

Before FULTON, HITESMAN, and GERDING,
_Appellate Military Judges._

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the approved findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence as approved by the convening authority are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court